

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00023-CV

GENE MARSHALL BETTS REVOCABLE TRUST; WILD BASIN INVESTMENTS LLC; TIMMINS LIVING TRUST; KEN SHIFRIN; EDWARD W. CHARRIER; LANCE ADAMS; MATULA FAMILY, LP – CLASS 1; STAR VISTA CAPITAL, LLC; GEORGE SCHAEFER; PAUL MICHAEL BEDELL; JOHN WAGES, PROSPECT HILL CAPITAL, LLC; WOODGEN, LLC; AND CRAIG DUBOIS

v.

PHUNWARE, INC. F/K/A STELLAR ACQUISITION III, INC.; PHUNWARE OPCO, INC. F/K/A PHUNWARE, INC.; ALAN KNITOWSKI; LUAN DANG; RANDALL CROWDER; MATT AUNE; PROKOPIOS AKIS TSIRIGAKIS; GEORGE SYLLANTAVOS; LORI TAUBER MARCUS; KATHY TAN MAYOR; KEITH COWAN; WINSTON DAMARILLO; CHASE FRASER; JOHN KAHAN; AND ERIC MANLUNAS

On Appeal from the
126th District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-19-008846

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

March 24, 2022